UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNAT, <br><br> Plaintiff(s) <br><br> v. <br><br> HILFIKER PIPE COMPANY, et al , <br><br> Defendant(s) | CASE No. 16-CV-04152-JST <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*
- ☒ other requested deadline: 03/01/2017

Date: 10/12/2016    /s/William N. Carlon
                    Attorney for Plaintiff

Date: 10/12/2016    /s/James Arnold
                    Attorney for Defendant

X   IT IS SO ORDERED
☐   IT IS SO ORDERED WITH MODIFICATIONS:

Date: October 13, 2016

U.S. DISTRICT JUDGE
HON. JON S. TIGAR

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 7-2016*