United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR ALTERNATIVES
TO TOXICS,

          Plaintiff,

     v.

HILFIKER PIPE COMPANY, et al.,

          Defendants.

Case No. 16-cv-04152-JST

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE AND
ASSOCIATED DEADLINES**

Re: ECF No. 15

On October 17, 2016, the parties filed a stipulation with proposed order to continue the Case Management Conference currently scheduled for November 16, 2016.  The Case Management Conference is hereby continued to December 1, 2016.  The Case Management Statement is due November 21, 2016.

     IT IS SO ORDERED.

Dated: October 17, 2016

_____
JON S. TIGAR
United States District Judge