JAMES R. ARNOLD (SBN 56262)
JOHN A. BEARD (SBN 301405)
THE ARNOLD LAW PRACTICE (East Bay Office)
3685 Mt. Diablo Blvd., Suite 331
Lafayette, CA 94549
Telephone: (925) 284-8887
Facsimile: (925) 284-1387
Email: jarnold@arnoldlp.com
        jbeard@arnoldlp.com

Attorneys for Defendants HILFIKER PIPE CO.
and HAROLD K. HILFIKER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>                    Plaintiff,<br>v.<br><br>HILFIKER PIPE COMPANY, et al.,<br><br>                    Defendants. | Case No. 3:16-cv-04152-JST<br><br>**STIPULATION TO EXTEND FED. R. CIV. P. 26(a) DOCUMENT DISCLOSURE AND SET SITE INSPECTION; [PROPOSED] ORDER** |

Plaintiff Californians for Alternatives to Toxics and Defendants Hilfiker Pipe Co. and Harold K. Hilfiker in the above-captioned action respectfully submit this stipulation per the Court's order of December 29, 2016 (ECF No. 30).

**THE PARTIES STIPULATE AS FOLLOWS**:

The deadline for production of documents per Fed. R. Civ. Pro. 26(a) is extended to January 13, 2017.  The Parties agree that the documents shall be exchanged by email (or an electronic document-sharing application like Dropbox in the event the size of the documents prohibits email exchange) in PDF format with Bates numbers using the following numbering convention: "PLF 000001" and "DEF 000001".

The first site inspection will take place pursuant to Rule 34(a) of the Federal Rules of Civil Procedure on January 13, 2017 from 9:00 a.m. to 2:00 p.m. (see timing details below).  The evidence gathered at the inspection will be admissible to the extent allowed per the Federal Rules of Evidence.

The parties shall conduct the site inspection at Hilfiker Pipe Co. located at 3900 Broadway and at 902 Hilfiker Lane, Eureka, California ("Facility").

Plaintiff may bring no more than four (4) people on the Facility during the inspection (collectively, the "Representatives") will be present for the inspection.  Plaintiff will notify Defendants of the Representatives' names and contact information by January 10, 2017. Defendants will not unreasonably deny access to the named Representatives.

The Representatives shall be allowed access to all areas of the facility relating to storm water management.  The following conditions shall apply:

a. Upon arrival, the Representatives shall report to the main office and check in with Facility staff.

b. Defendants shall designate an Inspection Supervisor to accompany the Representatives.  The Representatives shall at all times be accompanied by the Inspection Supervisor into all areas inspected regarding storm water management.

c. The Representatives shall be required to wear safety vests and hard hats (to be provided by Defendants) at all times.  Defendants will notify Plaintiff by January 6, 2017, if it is unable to provide Plaintiff's Representatives with such equipment.

Plaintiff and its Representatives shall be allowed to take photographs and video of the Facility, and will provide to Defendants copies of all photographs and video taken during the inspection.

Plaintiff and its Representatives shall be allowed to take samples of any soil, water, sediment, debris, materials, raw materials or finished products relevant to storm water management at the Facility.

The inspection shall be limited to a period of four hours, with up to two breaks no longer than thirty minutes each.

Plaintiff, Plaintiff's Representatives, and Defendants shall conduct the inspection in good faith:  Plaintiff shall not unreasonably seek information not related to storm water management, and Defendants shall not unreasonably limit access to the Facility so long as the area to which access is requested is related to storm water management at the Facility.

Respectfully submitted,

DATED: December 29, 2016              THE ARNOLD LAW PRACTICE

                                     By: ___/s/ James R. Arnold_____
                                          JAMES R. ARNOLD
                                          Counsel for Defendants
                                          HILFIKER PIPE COMPANY,
                                          HAROLD K. HILFIKER, and
                                          KERRY R. GLAVICH

DATED: December 29, 2016              LAW OFFICES OF ANDREW L. PACKARD

                                     By: ___/s/ Andrew L. Packard_____
                                          ANDREW L. PACKARD
                                          Attorneys for Plaintiff
                                          CALIFORNIANS FOR ALTERNATIVES
                                          TO TOXICS

### ATTESTATION FOR E-FILING

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the signatories prior to filing.

DATED: December 29, 2016              By: ___/s/ John A. Beard_____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.  The deadline for production of documents per Fed. R. Civ. Pro. 26(a) is extended to January 13, 2017 in accordance with the terms set forth in the Parties' stipulation.  Parties shall conduct a site inspection on January 13, 2017, in accordance with the terms set forth in the Parties' stipulation.

DATED:  December 29, 2016

NORTHERN DISTRICT OF CALIFORNIA

JON S. TIGAR
United States District Judge